IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION

ELIMANIEL GONZALEZ,

    Plaintiff,

v.

                                      Case No:

WAL-MART STORES, INC.,

    Defendant.
_____/

## COMPLAINT

Plaintiff, ELIMANIEL GONZALEZ, sues Defendant, WAL-MART STORES, INC, and alleges:

1. This is an action for damages that exceeds THIRTY THOUSAND DOLLARS ($30,000.00).

2. That at all times material hereto, the Defendant was authorized and licensed to do business in the State of Florida and in fact, had agents doing business in Sarasota County, Florida.

3. That on or about May 26, 2018, Defendant was the owner and in possession of the property at 8320 Lockwood Ridge Road, Sarasota, Florida that was used as retail store.

4. At that time and place Plaintiff was in the Defendant's building as an invitee.

5. At that time and place, and for an unreasonable period of time prior thereto, the Defendant negligently maintained the floor in front of the check out lane.

6. The above-described defective and dangerous condition was known to the Defendant or had existed for a sufficient length of time so that the Defendant should have known of it.

7. The above-described defective and dangerous condition was unknown to the Plaintiff.

8. That the Defendant had a duty to the Plaintiff to maintain its premises in front of the check out lane in a reasonably safe condition and breached that duty by failing to do so or warning the Plaintiff of the existence of the above-described dangerous and defective condition.

9. As a result of the above-described negligence and resulting dangerous and defective condition, the Plaintiff fell on the above-described floor in front of the checkout lane and suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, inconvenience, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition.

10. All conditions precedent have been met prior to bringing this action.

WHEREFORE the Plaintiff, ELIMANIEL GONZALEZ demands a judgment for damages against the Defendant, WAL-MART STORES, INC., in an amount in excess of Thirty Thousand Dollars ($30,000.00), costs of this action, and trial by jury.

/S/ Darren Finebloom
DARREN FINEBLOOM, ESQ.
The Law Place
1414 S. Tamiami Trail
Sarasota, FL. 34239
Tel. (941) 444-4444
Email: Darren@thelawplace.com
Attorney for Plaintiff
Fla. Bar Number: 033666